IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY R. FORD,
Inmate No. L13908,
    Petitioner,

vs.                                    Case No.: 3:17cv198/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS, SECRETARY,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 31, 2017 (ECF No. 3). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of mandamus is **DENIED,** and this cause is **DISMISSED**.

3.  All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 1st day of May 2017.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**